IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES KING,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV267<br><br>FOURTH AMENDED FINAL PROGRESSION ORDER |

IT IS ORDERED that the parties' joint motion to extend is granted. (Filing No. 66). The final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **November 12, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. ([Filing No. 62](#)).

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is October 27, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by November 10, 2025.

   **Note:** Motions concerning discovery issues, including a motion to compel, to quash, or for a disputed protective order, shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute. Failure to comply may result in the motion being stricken.

3)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is November 21, 2025.

4)  The deadline for filing motions to dismiss and motions for summary judgment is January 2, 2026.

5)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is December 12, 2025.

6)  Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

9)  No further extensions of motion or briefing deadlines will be granted absent a showing of substantial good cause.

Dated this 7th day of October, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge