IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES KING,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV267<br><br>**FIFTH AMENDED FINAL PROGRESSION ORDER** |

    IT IS ORDERED that the parties' joint motion to extend is granted. (Filing No. 79). The final progression order is amended as follows:

    1)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 19, 2026.

    2)    The deadline for filing motions to dismiss and motions for summary judgment is February 16, 2026.

    3)    No further extensions will be granted absent a showing of exceptional good cause.

    4)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

    5)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

    6)    All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for

changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

7) No further extensions of motion or briefing deadlines will be granted absent a showing of substantial good cause.

Dated this 2nd day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge